UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Tara Godeke v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 12-cv-11669-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 1, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/ *Caitlin Fischer*
          **Deputy Clerk**

Date: October 1, 2014

Digitally signed by David R. Herndon
Date: 2014.10.01 11:09:25 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT